**ORIGINAL**

**FILED**

02/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0079

Jared Barth
Defendant, prose
Superior county Jail
Po box 99
Superior, MT 59872

OP 22-0079

**FILED**

FEB 11 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Montana Supreme court, Helena, MT

| Jared Barth | cause No. |
|---|---|
| V | TK-620-2021-000838 |
| state of montana | motion for writ of |
| respondant | Habeas corpus |

Cause No TR-B2S-2021-000838

The Missoula picked me up and charged me with assault february of 2021. They took me to hospital, where they said I had to take a mental health exam. They never made a diagnosis, but sent me to providence center again no diagnosis was made. My Attorney Eli parker and prosecutor Susan boyer, had a t.v put in my room at providence center, where they told me that I could go to west house or face going to warm springs for 30 to 90 day. I never once seed a Judge in this matter! I also never agreed to go or signed any paper work. I told Eli Parker he could not sign for me. They ended up sending me to west house and said it was to come off my record if I did not have to go in front of the Judge after 14 days. West house released me before the 14 days and said they had talked with the prosecutor and said I was done with everthing. At my frist court hearing, in front of Judge Jenk's they told me that the hearing was my omnibus. I told them, I have never been in front of any court's in this matter. I had to fight with them that I had not. I asked for the court minutes, which they will not give me. That was

plea of not guilty for me. I was never given a probable cause Affidavit. I have asked for it multiple times. They are trying to use 911 calls that where allegedly made on 9/6/20 but I have credit card statements that day in Spokane, Washington. The Missoula police called my phone and recorded are talk without telling me or getting a warrant to do so. The court will not suppress these statement nor will they Suppress statement from police saying that there was can's tossed at a car, when the alleged exculpatory evidence was never there. Petitioner Jared Barth is being unlawfully restrained of his liberty because of what was stated above. I also swear that the above statements are true. Respectfully Submitted January 31, 2022

Jared Barth
Jared Barth
Superior County Jail
Po box 99
Superior, MT 59872

Attorney General
Po box 201401
Helena, MT 59620-1401

Clerk of the supreme court
Po box 203003
Helena, MT 59620-3003

Missoula City Attorney
Rich Salois
435 Ryman St
Missoula, MT
59802

I did not understand where to turn in paperwork a few months ago so I only sent the attorney general a detailed motion. I have pretrial conference set for february 8, 2022.

# CERTIFICATE OF SERVICE

I certify that I filed this

☐ Petition

☐ Motion

☒ Other _Writ of Habeas corpus_
[Name of document]

with the Clerk of the Montana Supreme Court and that I have mailed or hand delivered a copy to each attorney of record and any other party not represented by counsel as follows:

_Attorney General_
[Name of opposing counsel]
_PO box 201401_
_Helena MT 59620_
[Address]

Counsel for _State of montana_

_Jared Barth_
[Other party representing himself or herself]
_PO box 44_
_Superior, MT 59872_
[Address]

DATED this _2_ day of _February_, 20_22_.

_[signature]_
[Signature]

_Jared Barth_
[Print name]



© Montana Supreme Court